# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GERALD FERRELL,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 5:13-cv-01997-CLS-TMP |
| **MS. SHAHLA, et. al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 8, 2015, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. All pending motions are due to be DISMISSED as MOOT.

A Final Judgment will be entered.

DONE this 27th day of March, 2015.

                                                                                                          _____
                                                                                                          United States District Judge